## HARTFORD ADJOURNED SUPERIOR COURT, DECEMBER, A. D. 1775.

### HALL v. DWIGHT ET AL.

*Where a witness is interested in the question of fact on trial he
cannot be admitted.*

ACTION for a malicious prosecution for a riot, brought
against the plaintiff with a number of others, of which he and

the other persons were acquitted, upon trial on the plea of not guilty to the jury. The plaintiff offered those persons who were prosecuted with him and acquitted, as witnesses, but they were objected to, and by the court not admitted, because they were interested in the question of fact on trial.